**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
Matthew B. Learned, Esq. (SBN: 255499)
2763 Camino Del Rio S, Suite 100
San Diego, CA  92108
 Telephone:   (619) 685-4800
 Facsimile:   (619) 685-4811
 Email:         MaLearned@MccarthyHolthus.com

Attorneys for Defendant,
Quality Loan Service Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADMINI ANNE WYE,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>BARCLAYS BANK, LP; U.S. BANK NATIONAL TRUST ASSOCIATION AS TRUSTEE OF THE LB-RANCH SERIES V. TRUST; QUALITY LOAN SERVICE CORPORATION; SECURITY NATIONAL MASTER HOLDING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-50,<br><br>                                    Defendants. | Case No.  2:26-cv-00820-SPG-AGR<br><br>*[PROPOSED]* **ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR REMOTELY FOR HEARING**<br><br>Date:  April 15, 2026<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 5C, 5th Floor<br>Judge:  Hon. Sherilyn P. Garnett |

Pursuant to the Request to Appear Remotely filed by Defendant, Quality Loan Service Corporation ("Quality"), it is hereby ordered as follows:

IT IS HEREBY ORDERED that Counsel for Quality is allowed to appear by remotely for the Motion to Dismiss hearing scheduled for April 15, 2026 at 1:30 p.m.


Dated: _____         By:_____
                                                                Honorable Sherilyn P. Garnett
                                                                Judge of United States District Court

**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING**