**McCARTHY & HOLTHUS, LLP**
Melissa Coutts, Esq. (SBN: 246723)
Matthew B. Learned, Esq. (SBN: 255499)
2763 Camino Del Rio S, Suite 100
San Diego, CA 92108
Telephone: (619) 685-4800
Facsimile: (619) 685-4811
Email: MaLearned@MccarthyHolthus.com

Attorneys for Defendant,
Quality Loan Service Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADMINI ANNE WYE, | Case No. 2:26-cv-00820-SPG-AGR |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| BARCLAYS BANK, LP; U.S. BANK NATIONAL TRUST ASSOCIATION AS TRUSTEE OF THE LB-RANCH SERIES V. TRUST; QUALITY LOAN SERVICE CORPORATION; SECURITY NATIONAL MASTER HOLDING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-50, | |
| Defendants. | |

I, Briana Torres, declare:

I am a citizen of the United States and employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 2763 Camino Del Rio S, Suite 100, San Diego, California 92108.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents. Documents served by facsimile, transmitted in and the original deposited with the United States Postal

1

**PROOF OF SERVICE**

CA-26-1036008-CV

Service in our ordinary course of business on the same day.  Documents served by mail deposited with the United States Postal Service in the ordinary course of business the same day and documents served personally delivered the same day.

On April 8, 2026, I served the following document(s) in the manner of service indicated below:

- **DEFENDANT'S REQUEST TO APPEAR REMOTELY FOR HEARING;**

- **[*PROPOSED*] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR REMOTELY FOR HEARING;**

- **PROOF OF SERVICE**

Peter Winkler, Esq.
Attorney at Law
104-A Main Street
Tiburon, CA 94920
E-mail: winklerlaw9@gmail.com

*Attorney for Plaintiff*, Padmini Anne Wye

Ghidotti Berger, LLP
Crystle Lindsey
Shannon Doyle, Esq.
1920 Old Tustin Ave Santa Ana, CA 92705
clindsey@ghidottiberger.com

*Attorney for Defendant*, BARCLAYS BANK, LP, U.S. Bank National Trust Association, as Trustee of the LB-Ranch Series V Trust; SECURITY NATIONAL MASTER HOLDING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)

In the following manner of service:

____**XX**____ **BY CM/ECF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
411 IVY STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

CA-26-1036008-CV

system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This executed on April 8, 2026 in San Diego, California.

By: *Briana Torres*
Briana Torres

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
411 IVY STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

3
**PROOF OF SERVICE**

CA-26-1036008-CV