# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PADMINI ANNE WYE, et al.

                                    PLAINTIFF(S),

        v.

BARCLAYS BANK, PLC, et al.

                                    DEFENDANT(S).

CASE NUMBER:

2:26−cv−00820−SPG−AGR

**NOTICE OF REASSIGNMENT
OF CASE DUE TO UNAVAILABILITY
OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

        The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

        YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

        Accordingly, this case has been reassigned to:

        Hon.  __Christina T. Shay__ , Magistrate Judge for:

        any discovery and/or post−judgment matters that may be referred

        Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:  __2:26−cv−00820−SPG(CTSx)__ . This is very important because documents are routed by the initials.

                                            Clerk, U.S. District Court

 __June 8, 2026__                            By: __/s/ Rebeca D Olmos__
Date                                             Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER